No. 74–6349. GRAYTON v. ENOMOTO, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 74–6351. McCLINDON v. GRIGGS, INSTITUTION SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 74–6353. DUNKER v. VINZANT. C. A. 1st Cir. Certiorari denied.

No. 74–6356. DAVIDSON v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–6359. BELL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 74–6361. BRASWELL v. GRAY, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 74–6362. BROWN v. OREGON EX REL. JUVENILE DEPARTMENT FOR LANE COUNTY. Ct. App. Ore. Certiorari denied.

No. 74–6363. HEALEY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 74–6364. HARDAWAY v. SHERMAN ENTERPRISES, INC., ET AL. Ct. App. Ga. Certiorari denied.

No. 74–6367. MARTINEZ v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 74–6404. SHARPE v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 74–1062. CALDWELL v. CITY OF NEW ORLEANS. Crim. Dist. Ct. La., Orleans Parish. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–6416. DENMAN ET AL. v. ATKINS ET AL. C. A. 1st Cir. Certiorari denied.